# EXHIBIT A



Camila Davalos & Mariana Davalos

# EXHIBIT B



Jamie Middleton



# EXHIBIT C



**Joanna Krupa & Marta Krupa**

# EXHIBIT D

