# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAMILA DAVALOS, ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:21−CV−11075−JGD** |
| **BAYWATCH, INC., ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Baywatch Inc. d/b/a Club Alex's Adult Entertainment
584 Washington Street
Stoughton, MA  02072

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Sullivan, Esq.
Sullivan Law Offces, PC
33 Broad Street, Suite 302
Providence, RI  02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021−06−29 13:08:12**, Clerk USDC DMA

Civil Action No.:  **1:21−CV−11075−JGD**

### PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>Baywatch Inc. d/b/a Club Alex's Adult Entertainment</u>

was received by me on (date)<u>    June 29, 2021    </u>.

☐ I personally served the summons on the individual at (place)<u>                                        </u>

<u>                                        </u> on (date)<u>                        </u> ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)<u>            </u>

<u>                              </u>, a person of suitable age and discretion who resides there,

on (date) <u>                  </u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)<u>  Alex Alexopoulos            </u>, who is

designated by law to accept service of process on behalf of (name of organization)<u>            </u>

<u>  Baywatch Inc dba Club Alex's Adult Entertainment  </u> on (date) <u>July 8, 2021   </u>; or

☐ I returned the summons unexecuted because<u>                                    </u> ; or

☐ Other (specify) :

My fees are $ <u>  20.00  </u> for travel and $ <u>  45.00  </u> for services, for a total of $<u>  65.00        </u>.

I declare under penalty of perjury that this information is true.

<u>   July 9, 2021   </u>                    <u>                              </u>
Date                                            *Server's Signature*

Harold March, Constable
*Printed name and title*
P. O. Box 1
Randolph, MA 02368
617 770-0100
*Server's Address*

Additional information regarding attempted service, etc: